UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20478-CR-COOKE
20042-

UNITED STATES OF AMERICA

vs.

ROBERTO MENDEZ-HURTADO,

    Defendant.

_____/

FILED by _____ D.C.
MAY 30 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## FACTUAL PROFFER

The United States and the defendant, Roberto MENDEZ-Hurtado (MENDEZ), hereby stipulate to the following facts, which form the basis for the defendant's guilty plea to Counts Six and Seven, charging him with violations of Title 21, United States Code, Sections 846 and 963; respectively:

MENDEZ-Hurtado is a leader of an international money laundering and drug smuggling organization ("DTO") operating in Colombia, the Dominican Republic, the United States (including Puerto Rico), and elsewhere. In May 2008, a confidential informant ("CI") was contacted by Reinaldo AGUILAR-Uribe ("AGUILAR-Uribe") through co-defendant Luz Janet DIAZ-Galeano, an associate of Defendant Roberto MENDEZ-Hurtado. AGUILAR-Uribe told CI that MENDEZ-Hurtado had narcotics proceeds in Puerto Rico, and that he needed the money laundered and transferred to Colombia. DIAZ-Galeano arranged for AGUILAR-Uribe to contact the CI and ask the CI if he could launder the money for MENDEZ-Hurtado. The CI agreed to launder the money for MENDEZ-Hurtado.

On July 29, 2008, AGUILAR-Uribe called an ICE undercover agent to provide the details of the delivery of the narcotics proceeds. AGUILAR-Uribe informed the ICE undercover agent that the DTO had $287,592.00 in U.S. Currency in Puerto Rico, and the DTO needed the money transported to the

Dominican Republic. The money was delivered by an unidentified individual to ICE undercover agents on July 29, 2008.

On July 30, 2008, ICE undercover agents transported the money to the Dominican Republic and delivered the money to AGUILAR-Uribe, Luz Janet DIAZ-Galeano, and Luis E. PINZON-Mahecha, all of whom work for MENDEZ-Hurtado in the same DTO. In addition, an ICE undercover agent provided a payment, that same day, to AGUILAR-Uribe in Santo Domingo, Dominican Republic, representing his commission of $2,875.00 for brokering the $287,592.00 money laundering deal. Another payment of $2,875.00 for defendant Luz Janet DIAZ-Galeano's commission was also delivered to AGUILAR-Uribe.

On October 7, 2008, AGUILAR-Uribe coordinated a second currency delivery of narcotics proceeds, on behalf of MENDEZ-Hurtado, to ICE undercover agents. AGUILAR-Uribe requested that the money again be transported to the Dominican Republic. On this occasion, co-defendants Erick HIDALGO and Miguel HIDALGO delivered $298,072.00 in U.S. Currency, representing narcotics proceeds, to ICE undercover agents. The delivery took place at a supermarket located in a shopping mall in San Juan, Puerto Rico.

On October 8, 2008, ICE undercover agents transported the money to the Dominican Republic, and on October 9, 2008, they delivered the money to AGUILAR-Uribe and Luis E. PINZON-Mahecha. ICE undercover agents also paid AGUILAR-Uribe and Luz Janet DIAZ-Galeano $2,980.00 each, as had been agreed upon, for their commission for brokering the transaction.

. On October 9, 2008, AGUILAR-Uribe and DIAZ-Galeano coordinated a third delivery of narcotics proceeds on behalf of MENDEZ-Hurtado, for the amount of $100,745.00 in U.S. Currency, to ICE undercover agents in San Juan, Puerto Rico. The money was delivered to an ICE undercover agent on that same day by Camilo Andres SANCHEZ-Valenzuela, also a member of the MENDEZ-Hurtado DTO. AGUILAR-Uribe provided the ICE undercover agents and the CI wiring instructions for the agents to deposit the laundered money.

On March 23, 2010, MENDEZ-Hurtado requested assistance in the transportation of approximately 500 kilograms of cocaine from Tortola to Puerto Rico.

On March 24, 2010, MENDEZ-Hurtado sent Camilo SANCHEZ-Valenzuela to collect narcotics proceeds in the amount of $700,000.00.

On April 4, 2010, HSI agents seized 142 kilograms of cocaine being smuggled from Tortola, British Virgin Islands, to Puerto Rico, via St. Thomas, US Virgin Islands, that MENDEZ-Hurtado personally coordinated with a HSI undercover agent.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 5/28/14    By: _____
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY

Date: 5/28/14    By: _____
JOAQUIN PEREZ
ATTORNEY FOR DEFENDANT

Date: 5-28-14    By: _____
ROBERTO MENDEZ-HURTADO
DEFENDANT

3