# SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE # 14-20042-CR-COOKE

DEFENDANT: ROBERTO MENDEZ HURTADO           JUDGE: **MARCIA G. COOKE**

Deputy Clerk: Ivan Marchena                 Date: September 3, 2014

Court Reporter: Patty Diaz                  USPO: __

USA: Richard Gregorie                       Def Counsel: Joaquin Perez, Esq.

COUNTS DISMISSED:   all remaining

____ Deft. Failed to Appear - Warrant Issued.

____ Sentencing cont'd until: _____

## JUDGMENT AND SENTENCE

| Imprisonment: | Years | Months | Counts |
|---|---|---|---|
|  |  | 228 | 6 and 7 |

Supervised Release:  5 years            Special Conditions: ____

## PROBATION

Years: ____     Months: ____     Counts: ____

Special Conditions: ____

**Assessment:** $200.00                  Fine: $____

Restitution/Other:  (forfeiture)

## CUSTODY

____ Remanded to the Custody of the U.S. Marshal Service. ____ Release on bond pending appeal.

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on: ____

Commitment Recommendation: _____